AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

CHRISTINA SAGE, et al.,

      Plaintiff(s),

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:09-cv-00689-RCJ-VPC

BNC MORTGAGE INC, et al.,

      Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Renewed Motion to Dismiss Complaint Against T.D. Service Company (#30) is GRANTED in its entirety without leave to amend.
    IT IS FURTHER ORDERED that the Motion to Dismiss by Defendant Cooper Castle Law Firm (#31) is GRANTED in its entirety without leave to amend.
    IT IS FURTHER ORDERED that the Court *sua sponte* DISMISSES all remaining defendants with prejudice and orders any lis pendens on the property expunged.

May 17, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk